AO 106 (Rev. 06/09)   Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

*FILED*

NOV 0 1 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
INFORMATION ASSOCIATED WITH FACEBOOK
USER IDS "ricky.deeter.9" and "DeeterWood" THAT
ARE STORED AT PREMISES CONTROLLED BY
FACEBOOK INC.

)
)
)
)
)
)

Case No. 21-mj-770 CDL

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the __Northern__ District of __Oklahoma__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | **Possession with Intent to Distribute Controlled Substances** |
| 18 U.S.C. § 924(c)(1)(A)(i) | **Possession of Firearms in Furtherance of a Drug Trafficking Crime** |

The application is based on these facts:

**See Affidavit of SA Rebecca Loeb, HSI, attached hereto.**

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Rebecca Loeb, HSI
*Printed name and title*

Sworn to before me via telephone.

Date: November 1, 2001

_____
*Judge's signature*

City and state:  Tulsa, OK

Christine D. Little, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDS **"ricky.deeter.9"** and **"DeeterWood"** THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. _____  **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Rebecca Loeb, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.    I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.    Rebecca Loeb, your affiant, is a Special Agent employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE),

Homeland Security Investigations (HSI). Your affiant has been employed as a special agent since August 2019 and is currently assigned to Resident Agent-in-Charge (RAC) Tulsa. Prior to becoming a special agent, your affiant was employed as a police officer in Illinois by the Libertyville Police Department from January 2014 to April 2016, and the Lake County Sheriff's Office from April 2016 to August 2019. Your affiant graduated from the twelve-week Suburban Law Enforcement Academy in Glen Ellyn, Illinois, the twelve-week Criminal Investigator Training Program in Glynco, Georgia, and the fourteen-week Homeland Security Investigations Special Agent Training Program in Glynco, Georgia. Your affiant has been trained in basic law enforcement skills, patrol tactics, firearms, and investigations. Your affiant has conducted criminal investigations for multiple violations of state and federal laws including, but not limited to, narcotics smuggling, weapons trafficking, and organized criminal activity. Your affiant received a Juris Doctor from Chicago-Kent College of Law in 2015, and a Bachelor of Science degree in Legal Studies with a minor in Criminal Justice from the University of Wisconsin-Madison in 2012.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1)

2

(manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance) and 18 U.S.C. § 924(c)(1)(A)(i) (possession of firearms in furtherance of a drug trafficking crime), have been committed by Richard DEETER. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

### Probable Cause

5.   On July 29, 2021, Homeland Security Investigations (HSI) Tulsa and the Tulsa County Sheriff's Office executed a search warrant at 4536 S. Xenophon Ave in Tulsa, Oklahoma. Arrested on scene was Laura SAWYER and William Colby COX, both residents of the house. Law enforcement located six firearms, live ammunition, methamphetamine, fentanyl, and heroin. SAWYER and COX were both taken into custody. SAWYER's cell phones were also taken for evidence and later forensically examined pursuant to the search warrant.

6.   On SAWYER's phone, your Affiant located text messages between SAWYER (918-829-7931) and telephone number 539-900-5727. The conversation discussed SAWYER purchasing methamphetamine and firearms at the direction of the user of that phone number. Your Affiant requested subscriber information on the phone number and found the phone to be an AT&T number with the User Information as "Richard DEETER" with a contact email address of "RICKYDEETER1488@GMAIL.COM."

3

7.   On September 10, 2021, your Affiant and HSI TFO Marlin Warren conducted a Rule 11 Interview with Laura Sawyer and her attorney at the US District Courthouse.  The following information was provided by Sawyer in reference to DEETER: Sawyer stated her "plug" is Richard DEETER. Sawyer owes DEETER money. Initially, Sawyer was suspicious to go pick up drugs for DEETER. Sawyer knows DEETER is in prison and was referred to DEETER by Sawyer's uncle. DEETER approached Sawyer on Facebook Messenger and mentioned Sawyer's uncle so she thought she could trust DEETER. Sawyer stated that at first, DEETER "fronted" her two zips of meth. Based on my training and experience, I know that means that DEETER provided Sawyer with two ounces of methamphetamine and she would pay him back later. Sawyer also stated that DEETER paid for he her ex-boyfriend Lane Payne to bond out of jail. Lane Payne then skipped out on his bond and DEETER told Sawyer that she did not have to pay him back for the bond money owed. Sawyer felt like she still owed DEETER and made sure he would do business with her. DEETER asked Sawyer if she knew where there were any "straps." Based on my training and experience, a "strap" is a street term for a firearm. Sawyer further reported that the .380 Lorcin pistol that agents recovered at Sawyer's house during the search warrant is DEETER's firearm that she purchased for him. Sawyer also reported that a small amount of personal use methamphetamine located at her house was from a purchase set up by DEETER and purchased from his sister.

4

8.  DEETER first approached Sawyer in May of 2021 on Facebook Messenger. The profile name on Facebook was "Ricky Deeter." Your Affiant located a Facebook profile with the Facebook user ID "**ricky.deeter.9**" with the user's profile name Ricky Deeter. Sawyer described DEETER as stocky with tattoos and a member of the Universal Aryan Brotherhood. The profile picture of Facebook user ID "**ricky.deeter.9**" matches Sawyer's description. Located on Sawyer's cell phone were photographs of DEETER that were sent to Sawyer. These photographs were of DEETER's face. The photographs sent to Sawyer depict the same person as the Facebook profile "**ricky.deeter.9**."

9.  Richard DEETER is currently incarcerated in North Fork Correctional Center in Sayre, Oklahoma on trafficking of controlled substances and firearms charges with an estimated reception date (release from incarceration and end of Tulsa County Probation) of April 9, 2028. DEETER is an Oklahoma Department of Corrections validated member of the Universal Aryan Brotherhood (UAB) gang, which is a violent criminal street gang based out of the Oklahoma prison system. The UAB is responsible for a myriad of crimes including weapons trafficking, drug trafficking, kidnapping, and murder. Based on my training and experience, I know that in the Department of Corrections in Oklahoma it is not uncommon for inmates to have smart phones smuggled in. These phones are smuggled in via multiple methods to include drone drops, having items physically thrown over the fence, or recruiting employees at the jail to introduce contraband. Thus, it is not unreasonable

5

that DEETER is operating a smart phone from his cell in prison and using Facebook

on this phone. Furthermore, in August of 2021, DEETER was found by correctional

staff to have a cell phone in his cell which was seized as contraband. Law

enforcement was unable to gain access to the phone due to a passcode lock.

10.   Your Affiant located a second profile for DEETER with the Facebook user

ID **"DeeterWood"**. One of the user photos your Affiant recognized as Richard

DEETER. The photo was posted on June 22, 2021 and it is clear from the photo that

DEETER is in a prison based on the concrete wall and prison jumpsuit in the

background. The birthday listed on both profiles (**"ricky.deeter.9" and**

**"DeeterWood"**), is November 21, 1977. That is the date of birth for Richard

DEETER as provided by the Oklahoma Department of Corrections. It is not unusual

for drug or weapons traffickers, especially those currently incarcerated, to maintain

two Facebook profiles for the purposes of talking to the outside world and furthering

their illegal trafficking activities. Thus, Richard DEETER appears to be using both of

his Facebook profiles to further his drug and weapons trafficking network and also is

using them from a contraband cell phone as prohibited by the Oklahoma

Department of Corrections.

11.   On October 10, 2021, **"DeeterWood"** posted to his Facebook the following

as a 'status update': "Fucking tired...we are all adults, if you have something to do

for me just please do what you are supposed to do, and be efficient. If you are

mowing grass, make sure you have a fucking lawnmower....if you owe taxes pay the

6

damn government. They are tired of seeing your name on the debt list! if you have something you need me to fix, handle, or walk you through, or if you want me to co-sign, loan you money, bail you out of jail, or if you have a complaint, GIVE ME A WEEK OR AT LEAST A FEW DAYS BECAUSE I PROMISE YOU WILL NOT LIKE THE RESPONSE OR EFFORT, OR ATTITUDE....if I have offended you or pissed you off or hurt your feelings today or yesterday or tomorrow, so be it...it is what it is and we are adults and can deal with our own problems and feelings and all that bullshit, or we can hit the cell, fuck it....."

### Information about Facebook

12.   Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

13.   Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

7

14.   Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

15.   Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

16.   Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and

8

other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

17.   Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

18.   Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are

9

typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

19. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

20. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

21. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

22. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

10

23.  Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

24.  The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

25.  Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

26.  In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

27.  Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and

11

networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

28.   Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

29.   Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

30.   As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts

13

and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

31.   Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### Information to be Searched and Things to be Seized

32.   I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

14

## Conclusion

33.   Based on the forgoing, I request that the Court issue the proposed search warrant.

34.   This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

35.   Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

15

## Request for Sealing

36.   I further request that the Court order that all papers in support of this

application, including the affidavit and search warrant, be sealed until further order

of the Court. These documents discuss an ongoing criminal investigation that is

neither public nor known to all of the targets of the investigation. Accordingly, there

is good cause to seal these documents because their premature disclosure may

seriously jeopardize that investigation.

Respectfully submitted,

Rebecca Loeb
Special Agent
Homeland Security Investigations

Subscribed and sworn to ~~before~~ me on this by phone 1st day of ~~October~~ November, 2021.

CHRISTINE D. LITTLE
United States Magistrate Judge

16

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user IDs **"ricky.deeter.9"** and **"DeeterWood"** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I.      **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information **for user IDs: "ricky.deeter.9" and "DeeterWood"**, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings;

friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)    All "check ins" and other location information;

(g)    All IP logs, including all records of the IP addresses that logged into the account;

(h)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)    All information about the Facebook pages that the account is or was a "fan" of;

(j)    All past and present lists of friends created by the account;

(k)    All records of Facebook searches performed by the account;

(l)    All information about the user's access and use of Facebook Marketplace;

(m)    The types of service utilized by the user;

2

(n)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. § 841(a)(1) (manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance) and 18 U.S.C. § 924(c)(1)(A)(i) (possession of firearms in furtherance of a drug trafficking crime) involving RICHARD DEETER since January 1, 2021, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The sale of illegal drugs and firearms

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of

3

account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to firearms or weapons trafficking, including records that help reveal their whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury

under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that

the information contained in this declaration is true and correct. I am employed by

Facebook, and my official title is _____. I am a

custodian of records for Facebook. I state that each of the records attached hereto is

the original record or a true duplicate of the original record in the custody of

Facebook, and that I am the custodian of the attached records consisting of

_____ (pages/CDs/kilobytes). I further state that:

a.  all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person

with knowledge of those matters;

b.  such records were kept in the ordinary course of a regularly conducted business

activity of Facebook; and

c.  such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the

Federal Rules of Evidence.

_____        _____

_____          _____
Date                               Signature

2